DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
BLAINE T. WELSH
Chief, Civil Division
URMILA TAYLOR
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8937
Fax: (415) 744-0134
E-mail: urmila.taylor@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN SEBECK-MARQUEZ ) | Case No. 2:16-cv-02043-GMN-GWF |
| Plaintiff, ) | |
| v. ) | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE THE CERTIFIED ADMINISTRATIVE RECORD AND DEFENDANT'S ANSWER** |
| CAROLYN W. COLVIN, ) Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file the Certified Administrative Record and Defendant's Answer, by 30 days, through and including December 7, 2016.

An extension of time is needed due to an internal error in compiling the record, which caused Defendant's records production component in Virginia to require additional time.

Counsel for Defendant conferred with Plaintiff's local counsel, who has no opposition to this motion, on November 4, 2016.

//

-1-

Respectfully submitted this 7th of November, 2016.

By: /s/* *Hal Taylor*
HAL TAYLOR
*by telephonic authorization on 11/4/16

Attorney for Plaintiff

BRIAN STRETCH
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX

By: */s/ Urmila Taylor*
URMILA TAYLOR
Special Assistant United States Attorney

OF COUNSEL:
D. ADAM LAZAR, CSBN 237485
Assistant Regional Counsel, Region IX

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Date: November 8, 2016            By: /s/ George Foley Jr.
THE HONORABLE GEORGE FOLEY JR.
UNITED STATES MAGISTRATE JUDGE