DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
BLAINE T. WELSH
Chief, Civil Division
URMILA TAYLOR
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8937
Fax: (415) 744-0134
E-mail: urmila.taylor@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN SEBECK-MARQUEZ | Case No. 2:16-cv-02043-GMN-GWF |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR SECOND EXTENSION OF TIME TO FILE THE CERTIFIED ADMINISTRATIVE RECORD AND DEFENDANT'S ANSWER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file the Certified Administrative Record and Defendant's Answer, by 7 days, through and including December 14, 2016.  This second extension of time is needed to complete production and review of the record.

Counsel for Defendant conferred with Plaintiff's local counsel, who has no opposition to this request, on December 12, 2016.

Respectfully submitted this 12th of December, 2016.

//

```
                                    By: /s/* Hal Taylor
                                        HAL TAYLOR
                                        *by telephonic authorization on 12/12/16

                                        Attorney for Plaintiff


                                        BRIAN STRETCH
                                        United States Attorney
                                        DEBORAH STACHEL
                                        Regional Chief Counsel, Region IX

                                    By: /s/ Urmila Taylor
                                        URMILA TAYLOR
                                        Special Assistant United States Attorney

                                        OF COUNSEL:
                                        D. ADAM LAZAR, CSBN 237485
                                        Assistant Regional Counsel, Region IX

                                        Attorneys for Defendant
```

## **ORDER**

IT IS SO ORDERED.

Date: December 13, 2016

By: _George Foley Jr._ (signature)
THE HONORABLE GEORGE FOLEY JR.
UNITED STATES MAGISTRATE JUDGE