DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
BLAINE T. WELSH
Chief, Civil Division
URMILA TAYLOR
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
Tel: (415) 977-8937
Fax: (415) 744-0134
E-mail: urmila.taylor@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN SEBECK-MARQUEZ,<br><br>       Plaintiff,<br><br>   vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No. 2:16-cv-02043-GMN-GWF<br><br>**JOINT STUPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

Defendant Nancy A. Berryhill,[1] Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, due on February 16, 2017, by 30 days, through and including Monday, March 20, 2017 (the 30th day falls on a Saturday). This is the Commissioner's first request for

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Stipulation for Extension of Time; 2:16-cv-02043-GMN-GWF

1

an extension of time to complete the merits brief; the Commissioner requested additional time previously to compile the administrative record (ECF No. 17, 19).

     An extension of time is needed in order to prepare Defendant's opposition because of the drafting attorney's exceptionally heavy workload during the month of February and the week of February 13th in particular, in which the drafting attorney has four district court merits briefs due. This request is made in good faith with no intention to unduly delay the proceedings. Counsel's office conferred with Plaintiff's counsel, who had no objection to this request, on February 15, 2017.

     Respectfully submitted this 15th day of February, 2017.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
BLAINE T. WELSH
Chief, Civil Division

By  /s/ *Urmila Taylor*
URMILA TAYLOR
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL:

ADAM LAZAR
Assistant Regional Counsel, Region IX
Social Security Administration

**ORDER**

IT IS SO ORDERED.

Date: February 16, 2017    By: *George Foley Jr.*
THE HONORABLE GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

Stipulation for Extension of Time; 2:16-cv-02043-GMN-

2