STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
BLAINE T. WELSH
Chief, Civil Division
ADAM LAZAR
Special Assistant United States Attorney
  160 Spear Street, Suite 800
  San Francisco, California 94105
  Tel: (415) 268-5601
  Fax: (415) 744-0134
  E-mail: adam.lazar@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN SEBECK-MARQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:16-cv-02043-GMN-GWF<br><br>**JOINT STUPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Opposition to Plaintiff's Opening Brief, due on March 20, 2017, by 7 days, through and including Monday, March 27, 2017. This is the Commissioner's second request for an extension of time to complete the merits brief. This short extension of time is needed in order to prepare Defendant's opposition because of two other briefs due as well as the drafting attorney's illness during the week of March 13th. This request is made in good faith with no intention to unduly delay the proceedings. Counsel conferred with Plaintiff's law firm, who had no objection to this request, on March 17, 2017.

Stipulation for Extension of Time; 2:16-cv-02043-GMN-GWF

Respectfully submitted this 17th day of March, 2017.

                                  Respectfully submitted,

                                  STEVEN W. MYHRE
                                  Acting United States Attorney
                                  District of Nevada
                                  BLAINE T. WELSH
                                  Chief, Civil Division

                        By     /s/ *Adam Lazar*
                                  ADAM LAZAR
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

                                  **ORDER**

IT IS SO ORDERED.

Date: March 20, 2017                By: _/s/ George Foley, Jr._
                                           THE HONORABLE GEORGE FOLEY, JR.
                                           UNITED STATES MAGISTRATE JUDGE