| | |
|---|---|
| 1 | DAYLE ELIESON |
| | United States Attorney |
| 2 | District of Nevada |
| 3 | CAROL S. CLARK |
| | Special Assistant United States Attorney |
| 4 | Social Security Administration |
| | 160 Spear Street, Suite 800 |
| 5 | San Francisco, CA 94105 |
| | Telephone: (415) 977-8975 |
| 6 | Facsimile: (415) 744-0134 |
| | Email: carol.s.clark@ssa.gov |
| 7 | |
| | Attorneys for Defendant |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KATHLEEN SEBECK-MARQUEZ,

        Plaintiff,

    v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

Case No. 2:16-CV-2043-GMN-GWF

**NOTICE OF CHANGE OF ATTORNEY**

///

///

///

///

///

///

///

///

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant United States Attorney (SAUSA) as its counsel of record in the above-captioned case:

> Carol S. Clark
> Special Assistant United States Attorney
> Social Security Administration
> 160 Spear Street, Suite 800
> San Francisco, CA 94105
> Telephone: (415) 977-8975
> Facsimile: (415) 744-0134
> Email: carol.s.clark@ssa.gov

**SAUSA Adam Lazar and Urmila Taylor should be terminated and receive no further notifications from the Court's CM/ECF system.**

Respectfully submitted,

DATED: July 19, 2018

DAYLE ELIESON
Acting United States Attorney

/s/ Carol S. Clark
CAROL S. CLARK
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: July 20, 2018